IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|           Plaintiff,       ) | |
| vs.       ) | CASE NO. 2:07CR8 |
|       ) | (Financial Litigation Unit) |
| CECIL ELI WALKINGSTICK,       ) | |
| AKA/JUNEBUG,       ) | |
|           Defendant.       ) | |
| and       ) | |
|       ) | |
| EASTERN BAND OF CHEROKEE INDIANS,       ) | |
|           Garnishee.       ) | |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Order of Garnishment filed in this case on April 23, 2008, against the defendant Cecil Eli Walkingstick is **DISMISSED.**

                                      Signed: July 2, 2008

                                      Lacy H. Thornburg
                                      United States District Judge